IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 15 C 6346 |
| ENVIRONMENTAL CLEANSING ) | |
| CORPORATION, an Illinois corporation, ) | JUDGE GARY FEINERMAN |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, ENVIRONMENTAL CLEANSING CORPORATION, an Illinois corporation, in the total amount of $61,300.48, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,705.00.

On July 30, 2015, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Kathy Buettner, Office Manager) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 20, 2015. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Laura M. Finnegan

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that on or before the hour of <u>4:00 p.m.</u>, this <u>1st</u> day of <u>March 2016</u>, she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

                Mr. Thomas J. Condon, Jr.
                Reyes Kurson, Ltd.
                600 W. Van Buren, Suite 909
                Chicago, IL   60607
                tcondon@rkchicago.com

                /s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 21-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\731exc\Environmental Cleansing\#26361\motion for default judgment.lmf.df.wpd